IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00103-MR-WCM

| | |
|---|---|
| SARAH BODDY NORRIS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CITY OF ASHEVILLE, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendants' Motion to Stay Proceedings [Doc. 21] and the parties' Joint Motion to Stay Proceedings [Doc. 24].

Upon review of the parties' Joint Motion, the Court finds that the parties have demonstrated good cause for a limited stay of this matter. The Court will stay this matter for a period of thirty (30) days in order to allow the parties to continue to pursue a potential settlement of this matter through the Fourth Circuit's Mediation Program. The stay will be automatically lifted after thirty (30) days. If the parties are unable to resolve this matter within the period of time in which the case is stayed, the parties shall file their Rule 26(f) report immediately upon the lifting of the stay.

In light of the Court's Order, the Defendants' Motion to Stay Proceedings [Doc. 21] is denied as moot, and the hearing on said motion is canceled.

**IT IS, THEREFORE, ORDERED** that:

(1)  The parties' Joint Motion to Stay Proceedings [Doc. 24] is **GRANTED IN PART**, and this matter is hereby **STAYED** for a period of thirty (30) days from the entry of this Order. Upon the expiration of the 30-day period, the stay will be automatically lifted.

(2)  The Defendants' Motion to Stay Proceedings [Doc. 21] is **DENIED AS MOOT**.

(3)  The parties shall file their Certificate of Initial Attorneys' Conference no later than thirty-one (31) days from the entry of this Order.

(4)  The hearing on the Defendants' Motion to Stay Proceedings [Doc. 21] is **CANCELED.**

**IT IS SO ORDERED.**

Signed: April 16, 2024

Martin Reidinger
Chief United States District Judge